# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 06, 2013</u>

*The Court of Appeals hereby passes the following order:*

## A13A1920. ASSOCIATED CREDIT UNION v. AGRI.
## A13A1999. AGRI v. ASSOCIATED CREDIT UNION.

These companion appeals arise from the trial court's grant of summary judgment to Associated Credit Union in its action to collect a debt owed by Jonathan Agri. When Agri did not pay the costs of his appeal from the grant of summary judgment, Associated moved the trial court to dismiss the appeal. The trial court denied Associated's motion. Case No. A13A1920 is Associated's appeal, docketed on May 24, 2013, from the denial of its motion to dismiss Agri's appeal. Case No. A13A1999 is Agri's appeal, docketed on June 17, 2013, from the grant of summary judgment to Associated.

As of October 1, 2013, Agri had neither filed a brief nor requested an extension of time to do so in Case No. A13A1999. See Rule 23 (a) (an appellant's failure to file a brief "within 20 days after the appeal is docketed," "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). We therefore DISMISS Case No. A13A1999. Because Agri's procedural default has disposed of all issues remaining as to the grant of summary judgment, Associated's appeal in Case No. A13A1920 is DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>11/06/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*